# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TRENT E WOLFORD<br>14048 DARK SHELBY COUNTY LINE RO<br>YORKSHIRE, OH 45388 | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No. 3:12PO91<br>USM No.<br><br>F. Arthur Mullins<br>Defendant's Attorney |

**THE DEFENDANT:** TRENT E WOLFORD

☑ **THE DEFENDANT** pleaded guilty to count(s)    1s

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 7 & 13 and ORC 4510.12(1)(1) | Operation of a Motor Vehicle without a valid Driver's License | 1/27/12 | 1s |

☑ Count(s)   1    ☑ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $55.00 | $ 5.00 | $ 50.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 7452

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:
14048 Dark Shelby County Line Rd.

12/5/12
Date of Imposition of Judgment

*Michael Newman* (signature)
Signature of Judge

Michael J. Newman, United States Magistrate Judge
Name and Title of Judge

12/12/12
Date